UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>       Plaintiff,<br><br>   v.<br><br>LAURIE HILL, et al.,<br><br>       Defendants. | Case No.: 1:14-cv-00591-LJO-BAM<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO STRIKE THE NAME OF LAURIE HILL FROM THE LIST OF DEFENDANTS WHO HAVE APPEARED IN THIS ACTION<br>(ECF No. 3)<br><br>ORDER DISMISSING ACTION AS DUPLICATIVE<br>(ECF No. 1.) |

    Plaintiff Gregory Ell Shehee, a civil detainee proceeding pro se, initiated this action on February 18, 2014 in Fresno County Superior Court. Defendants removed the action to this Court on April 22, 2014. On April 24, 2014, defendants filed a notice of errata, which indicated that defense counsel inadvertently named Laurie Hill as one of the removing defendants, but she was not served with the complaint. Defense counsel requests that the Court strike the name of Laurie Hill from the list of defendants appearing in this action. (ECF No. 3.) Defendants' request to strike shall be granted and Laurie Hill's name will be stricken from the list of defendants appearing in this action as identified on the Court's docket.

Further, a review of court records reveals that this action is duplicative of case number 1:13-cv-01936-AWI-DLB, which was filed on November 21, 2013. Both actions allege that defendants violated the First, Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution. As the complaints are alleging the same facts against the same defendants, this case, as the later-filed one, shall be dismissed as duplicative.

Accordingly, for the reasons stated, IT IS HEREBY ORDERED as follows:

1. Defendants' request to strike the name of Laurie Hill from the list of defendants who have appeared in this action is GRANTED; and
2. This action is DISMISSED as duplicative.

IT IS SO ORDERED.

Dated: **April 30, 2014**        **/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3.